UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **5:20-cv-00036-JVS (MAA)** | Date: **February 25, 2020** |
| Title | **Elijah Lee Miller v. Consent Decree et al.** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Erica Valencia | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**      **Order to Show Cause Why This Case Should Not Be Dismissed**

      On January 8, Plaintiff Elijah Lee Miller ("Plaintiff") filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) However, Plaintiff neither paid the required $400 filing fee, nor filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* Notice, ECF No. 2.)

      On January 10, 2020, the Court issued an Order Regarding Application to Proceed *In Forma Pauperis* or Payment of Filing Fee, which ordered Plaintiff to submit, within thirty days from the date of the Order, the $400 filing fee or application to proceed *in forma pauperis* with supporting documentation. (Order, ECF No. 4) The Court cautioned Plaintiff that failure to comply with the Order would result in a dismissal of the lawsuit. (*Id.*)

      To date, Plaintiff has neither submitted the $400 filing fee nor an application to proceed *in forma pauperis*.

      Plaintiff is **ORDERED TO SHOW CAUSE** by **March 26, 2020** why the Court should not recommend that the case be dismissed for failure to pay the filing fee or submit an application to proceed *in forma pauperis* pursuant to Federal Rule of Civil Procedure 41(b). If Plaintiff submits the $400 filing fee or an application to proceed *in forma pauperis* on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to pay the filing fee or submit an application to proceed *in forma pauperis* pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.

<u>Attachment</u>
Request to Proceed In Forma Pauperis with Declaration in Support (CV-60P)

|  | **Time in Court:** | 0:00 |
|---|---|---|
|  | **Initials of Preparer:** | EV |